No. 465. BROWN *v.* JOHNSTON, WARDEN. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to

proceed further *in forma pauperis,* denied. *Mr. Thurman A. Brown, pro se.* No appearance on behalf of respondent.